# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131858

HESSLEY HEMPSTEAD,
        Plaintiff-Appellee,

v

DETROIT LIONS, INC., and LIBERTY
MUTUAL INSURANCE COMPANY,
        Defendants-Appellees,
and

SECOND INJURY FUND (70%
REIMBURSEMENT PROVISION),
        Defendant-Appellant.

SC: 131858
COA: 268534
WCAC: 05-000155

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____/

      On order of the Court, the application for leave to appeal the July 7, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

t1120